BEFORE THE THIRD DIVISION, APRIL 28, 1939

**No. 41169.**—Protest 834956–G of Borrough Tennis Court Const. Co. (New York)..

Opinion by CLINE, J.   No evidence was offered in support of the claims made. The protest was therefore overruled.

**No. 41170.**—Protest 978699–G of William Turino (New York).

Opinion by CLINE, J.   On the record presented the protest was overruled.

**No. 41171.**—Protest 957731–G of Fook Lung Co. (San Francisco).

Opinion by EVANS, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Great Pacific Co.* (23 C. C. P. A. 319, T. D. 48192) and *United States* v. *Kwong* (id. 327, T. D. 48193) the protest was sustained as to certain items.

**No. 41172.**—Protest 604789–G of F. Carrera & Hno. (San Juan).

Opinion by EVANS, J.   On the record presented the protest was overruled.

**No. 41173.**—Protest 954149–G of E. C. Guedon (New York).

Opinion by KEEFE, J.   On the record presented the protest was overruled.

**No. 41174.**—Protests 959639–G, etc., of S. L. Jones & Co., Inc. (Los Angeles).

Opinion by KEEFE, J.   On the records presented the protests were overruled.

**No. 41175.**—Protest 961570–G of Chapman Chinchella, Inc. (Los Angeles).

Opinion by KEEFE, J.   On the record presented the protest was overruled.

**No. 41176.**—Protests 978519–G, etc., of International Forwarding Co. et al. (New York).

Opinion by KEEFE, J.   On the records presented the protests were overruled.

BEFORE THE FIRST DIVISION, MAY 1, 1939

**No. 41177.**—Protest 952664–G of Powers Mercantile Co. (Minneapolis).

Opinion by BROWN, J.   In accordance with stipulation of counsel and on the authority of *Curtis* v. *United States* (T. D. 48341) the automobile robes or steamer rugs in question were held dutiable at 50 percent under paragraph 1120 as claimed.